No. 337. HURSH ET AL. v. KILLITS, U. S. DISTRICT JUDGE. October 17, 1932. Petition for writ of certiorari

to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Herman L. Arterberry* for petitioners. *Solicitor General Thacher* and *Messrs. Neil Burkinshaw, Paul D. Miller,* and *Erwin N. Griswold* for respondent.